IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEREK TATE,** | 2:23-cv-01637-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **TIARA CALAMIA,** | |
| Defendant. | |

Good cause appearing, Defendant's request to opt-out of the Post-Screening Early ADR Project is **GRANTED**.

The 120-day stay of the proceedings, as previously ordered (ECF No. 20), is hereby lifted.

Defendant shall file and serve a responsive pleading by July 23, 2025.

**IT IS SO ORDERED.**

Dated:  June 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE