IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TATE,**<br><br>Plaintiff,<br><br>v.<br><br>**TIARA CALAMIA,**<br><br>Defendant. | Case No. 2:23-cv-01637-WBS-CKD<br><br>**ORDER** |

For good cause shown,

Defendant's Motion for to modify the scheduling order and extend time for filing a dispositive motion is GRANTED.  Defendant's deadline to file a motion for summary judgment is extended to May 18, 2026.

**IT IS SO ORDERED**.

Dated:  February 5, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1