UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TATE,

      Plaintiff,

  v.

TIARA CALAMIA, et al.,

      Defendants.

No. 2:23-cv-1637 WBS CKD P

ORDER

On April 27, 2026, plaintiff filed objections to the magistrate judge's April 9, 2026, order denying his motion to compel. The court considers plaintiff's objections as a request for reconsideration of the magistrate judge's order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that plaintiff's objections to the order of the magistrate judge filed April 9, 2026, are overruled and said order is affirmed.

Dated: April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE